JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANDREW MOORE,<br><br>Petitioner,<br><br>v.<br><br>B. BIRKHOLZ,<br><br>Respondent. | Case No. CV 22-00594-SVW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition Without Prejudice for Lack of Jurisdiction,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date:   February 9, 2022

_____
STEPHEN V. WILSON
United States District Judge